DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN BEN-ARI** and **JESSICA BEN-ARI,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** as Trustee (CWALT 2006-24CB),
Appellee.

No. 4D18-1504

[April 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 062015CA022736.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Jacqueline J. Brown and Sean P. Belmudez of McCabe, Weisberg & Conway, LLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***